**DISMISS; and Opinion Filed June 27, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00145-CV

## IN THE INTEREST OF T.L.M. JR., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-05690**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Brown

Appellant's brief in this case is overdue. By postcard dated May 14, 2019, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Ada Brown/
ADA BROWN
JUSTICE

190145F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF T.L.M. JR., A
CHILD

No. 05-19-00145-CV

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-14-05690.
Opinion delivered by Justice Brown.
Justices Bridges and Nowell participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees TERRY LYNN MORGAN AND THE STATE OF
TEXAS recover their costs of this appeal from appellant CHASITY SMITH.

Judgment entered this 27th day of June, 2019.